**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-CV-62413**

S.V.S., a minor, by and through his
mother and next best friend,
SAVANNAH VARNER,

    Plaintiffs,

vs.

BROWARD COUNTY PUBLIC SCHOOLS;
SALLY NARDI, individually and in her
official capacity as an employee of Broward
County Public Schools; and JENNIFER
PUGATCH, individually and in her official
capacity as an employee of Broward County
Public Schools,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL SITE INSPECTION

Plaintiff, S.V.S., a minor, by and through his mother and next friend, SAVANNAH VARNER ("Ms. Varner"), hereby submits this Motion to Compel Site Inspection and, in support thereof, states as follows:

1. This is an action for negligence, intentional infliction of emotional distress, violation of the ADA and violation of the Vocational Rehabilitation Act stemming out of the gross neglect and abuse of an eight (8) year old child with disabilities by the Defendants. Defendant, Jennifer Pugatch ("Pugatch"), was S.V.S.'s fourth grade teacher while S.V.S. attended Park Springs Elementary, which is governed by Defendant, Broward County Public Schools ("BCPS").

2. One of the primary allegations against Pugatch in this case is that she improperly disciplined S.V.S. because of his disabilities by isolating S.V.S. from the rest of the class for much

1

of the school year. Specifically, Pugatch unjustifiably moved S.V.S.'s desk to a location in the classroom that was far from S.V.S.'s classmates, thereby causing S.V.S. to feel left out and rejected by his teacher and peers, which in turn led to anxiety, depression, and low self-esteem.

3. Defendants, as part of their defense, have minimized S.V.S.'s allegations of isolation by claiming that the distance between S.V.S.'s desk and the other students' desks was minimal.

4. On July 17, 2019, Plaintiff served Defendants with a proposed Request for Entry Upon Land for Inspection, a copy of which is attached hereto as **Exhibit A**.

5. The date and time on the Request were left blank and the undersigned asked counsel for Defendants to provide Defendants' availability so that the inspection could be coordinated at a mutually convenient time.

6. On August 19, 2019, Defendants objected to the site inspection on grounds that the layout of the classroom has changed considerably since S.V.S. attended school at Park Springs Elementary and, thus, a site inspection would not lead to the discovery of relevant and admissible evidence. A copy of Defendants' objection is attached hereto as **Exhibit B**.

7. During good faith communications between counsel regarding Defendants' objection, the undersigned assured counsel for Defendants that Plaintiff has no intention of misleading the jury into believing the current layout of the room is the layout that was in place when S.V.S. attended, but that the inspection was still necessary so that Plaintiff could re-arrange the desks to show where S.V.S. sat relative to the rest of the class and take measurements and photographs to depict the distance between S.V.S.'s desk and the rest of the class. Accordingly, any changes to the layout of the classroom are irrelevant to S.V.S.'s intended purpose for conducting the site inspection.

8. Defendants, nonetheless, continue to object to Plaintiff's request for site inspection.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order granting this Motion to Compel Site Inspection and for an award of all reasonable expenses incurred in making this Motion, including attorney's fees against Defendants, their counsel, or both, as permitted Rule 37 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule. 7(1)(A)(3), the undersigned certifies that prior to filing this motion, undersigned counsel conferred with Defendant's counsel, Anastasia Protopapadakis, Esq., regarding the relief sought herein in a good faith effort to resolve the discovery issues set forth in this motion, but has been unable to resolve the issues.

Respectfully submitted,

**TIRADO-LUCIANO & TIRADO**
Gables International Plaza
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel: (305) 390-2320
Fax: (305) 390-2321

By: /s/ Monica Tirado
MONICA TIRADO, ESQ.
Florida Bar No.: 55877
mt@TLTirado.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2019, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

By: */s/ Monica Tirado*_____
MONICA TIRADO, ESQ.
Florida Bar No.: 55877
mt@TLTirado.com

*Service List*

Anastasia Protopapadakis
GRAY ROBINSON, P.A.
*Counsel for Defendants, Broward County Public Schools and Jennifer Pugatch*
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
anastasia.protopapadakis@gray-robinson.com