UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62413

S.V.S., a minor, by and through his
mother and next best friend,
SAVANNAH VARNER,

    Plaintiffs,
vs.

BROWARD COUNTY PUBLIC SCHOOLS;
SALLY NARDI, individually and in her
official capacity as an employee of Broward
County Public Schools; and JENNIFER
PUGATCH, individually and in her official
capacity as an employee of Broward County
Public Schools,

    Defendants.
_____/

## PLAINTIFF'S RULE 34 REQUEST FOR ENTRY UPON LAND FOR INSPECTION

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff, S.V.S., requests entry upon the premises of Park Springs Elementary School, located at 5800 N.W. 66th Terrace, Coral Springs, FL 33067, on _____, ____, 2019, at _____ a.m./p.m. for purposes of inspecting and documenting (via photographs, drawings/sketches, and videotape) the classroom to which S.V.S. was assigned during the year(s) in which Defendant, Jennifer Pugatch, served as S.V.S.'s teacher.

The parties anticipated to be present for entry and inspection are: (1) S.V.S.; (2) Savannah Varner; and (3) counsel for Plaintiff.

                                                          **TIRADO-LUCIANO & TIRADO**
                                                          Gables International Plaza
                                                          2655 Le Jeune Rd., Suite 1109
                                                          Coral Gables, FL 33134
                                                          Tel: (305) 390-2320
                                                          Fax: (305) 390-2321

2

*/s/ Alex Tirado-Luciano*
ALEX TIRADO-LUCIANO, Esq.
Florida Bar No.: 070894
atl@TLTirado.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2019, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

**TIRADO-LUCIANO & TIRADO**
Gables International Plaza
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel: (305) 390-2320
Fax: (305) 390-2321

*/s/ Alex Tirado-Luciano*
ALEX TIRADO-LUCIANO, Esq.
Florida Bar No.: 070894
atl@TLTirado.com

## SERVICE LIST

**GRAYROBINSON, P.A.**
*Counsel for Defendants,*
*Broward County Public Schools*
*and Jennifer Pugatch*
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
By: */s/ Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com